# United States District Court
## Violation Notice

| Location Code: VA-12 NC | | |
|---|---|---|
| Violation Number: 7311183 | Officer Name (Print): HARRIS | Officer No.: A5556 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy): 03/11/2018 1237 | Offense Charged: ☐ CFR ☒ USC ☐ State Code — VSC 46.2-301 |
|---|---|

Place of Offense: Sisisky Gate Inbound

Offense Description; Factual Basis for Charge:
Driving while suspended/Revoke
ROP: Civilian   (2nd offense)

### DEFENDANT INFORMATION
Last Name: Perry
First Name: Jason
M.I.: M

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Mandatory Court

Forfeiture Amount: $ ~~~~
+ $30 Processing Fee: ~~~~
Total Collateral Due: $ ~~~~

### YOUR COURT DATE
Court Address: US District Court, 701 East Broad St, Richmond, VA 23109
Date: 03/29/2018
Time: 0900

X Defendant Signature: [signed]

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on March 11, 2018 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

While conducting routine patrol, I was dispatched by the desk to Sisisky Gate were the officers stopped a Grey 2012 Honda [tag] (VWW-1338) (VA), attempting to enter post on a suspended license. Upon arrival I made contact with the driver and identified him by his Virginia Id Card as Jason Perry. A VCIN check revealed Mr. Perry to be suspended with notification. Mr. Perry was issued one citation for a mandatory court appearance of March 29, 2018. Mr. Perry admitted the above offense.
X-98

The foregoing statement is based upon:
☒ my personal observation
☒ information supplied to me from my fellow officer's observation
☐ my personal investigation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/11/2018   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident